

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00397-CV

| | | |
|---|---|---|
| JUDY DE LA GARZA AND THOMAS M. DE LA GARZA, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (14-04892-367) |
| V. | § | June 9, 2022 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Judy De La Garza and Thomas M. De La Garza shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach